# Third District Court of Appeal
## State of Florida

Opinion filed September 4, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0729
Lower Tribunal No. F16-3408
_____

**Jason Meyers,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Cristina M. Miranda, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed. See State v. Raydo, 713 So. 2d 996 (Fla. 1998).